Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA DAVIS<br><br>Plaintiff,<br><br>v.<br><br>ELEMENT SERVICES, LLC, et. al.<br><br>Defendants. | Case No.: 3:19-cv-02685-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff CHRISTINA DAVIS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all Defendants and this entire action, without prejudice, with each side bearing its own costs and attorney's fees.

Dated: December 11, 2019

Respectfully submitted,

By:  /s/ Mark L. Javitch           .
Mark L. Javitch (SBN 323729)
Javitch Law Office

1

3:19-cv-02685-SK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*
CHRISTINA DAVIS

2

3:19-cv-02685-SK